KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
Telephone:  (480) 306-5977
Facsimile:  (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Donna Rood

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Rood, | Case No.: 2:11-cv-00755-DGC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| Federal Bond and Collection Service, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

# STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action is hereby discontinued and dismissed against Defendant Federal Bond and Collection Service, Inc. without prejudice, each party to bear their own costs and attorney's fees.

| LEMBERG & ASSOCIATES, LLC | ADAM L. PLOTKIN, P.C. |
|---|---|
| By: /s/ Kindra Deneau | By:   /s/ Jospeh Lico |
| KINDRA DENEAU<br>Attorney for Plaintiff Donna Rood | JOSEPH J. LICO<br>Attorney for Defendant Federal<br>Bond and Collection Service, Inc. |

_____
SO ORDERED


DATED:  July 27, 2011

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On July 27, 2011, I served a true copy of foregoing document(s): **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on July 27, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendant Federal Bond and Collection Service, Inc.**<br><br>Joseph J. Lico, Esq.,<br>Adam L. Plotkin, P.C.,<br>621 Seventeenth St., suite 1800<br>Denver, Colorado 80293 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 27, 2011.

>    */s/ Joshua Markovits*
>    Paralegal to Kindra Deneau